# EXHIBIT 2

## 2584CV00462 Ramirez, Walter A. vs. Albanese, Raymond



- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 02/19/2025
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Tortious Action
- Status Date:
- 02/19/2025
- Case Judge:
-
- Next Event:
-

**All Information** | **Party** | **Tickler** | **Docket** | **Disposition**



### Party Information

**Ramirez, Walter A.**
- Plaintiff

| Alias | Party Attorney |
| --- | --- |
|  | Attorney |
|  | Pro Se |
|  | Bar Code |
|  | PROPER |
|  | Address |
|  | Phone Number |

**More Party Information**

**Albanese, Raymond**
- Defendant

| Alias | Party Attorney |
| --- | --- |
|  | Attorney |
|  | Pro Se |
|  | Bar Code |
|  | PROPER |
|  | Address |
|  | Phone Number |

**More Party Information**

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
| --- | --- | --- | --- | --- |
| Service | 02/19/2025 | 05/20/2025 | 90 | |
| Answer | 02/19/2025 | 06/20/2025 | 121 | |
| Rule 12/19/20 Served By | 02/19/2025 | 06/20/2025 | 121 | |
| Rule 12/19/20 Filed By | 02/19/2025 | 07/21/2025 | 152 | |
| Rule 12/19/20 Heard By | 02/19/2025 | 08/18/2025 | 180 | |
| Rule 15 Served By | 02/19/2025 | 06/20/2025 | 121 | |
| Rule 15 Filed By | 02/19/2025 | 07/21/2025 | 152 | |
| Rule 15 Heard By | 02/19/2025 | 08/18/2025 | 180 | |
| Discovery | 02/19/2025 | 12/16/2025 | 300 | |
| Rule 56 Served By | 02/19/2025 | 01/15/2026 | 330 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 56 Filed By | 02/19/2025 | 02/17/2026 | 363 | |
| Final Pre-Trial Conference | 02/19/2025 | 06/15/2026 | 481 | |
| Judgment | 02/19/2025 | 02/19/2027 | 730 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/19/2025 | Attorney appearance<br>On this date Pro Se added for Plaintiff Walter A. Ramirez | | |
| 02/19/2025 | Case assigned to:<br>DCM Track F - Fast Track was added on 02/19/2025 | | |
| 02/19/2025 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed without Supplemental affidavit<br>Allowed Filing Fee and Service Fee Only | 1 | |
| 02/19/2025 | Original civil complaint filed. | 2 | |
| 02/19/2025 | Civil action cover sheet filed. | 3 | Image |
| 02/19/2025 | Plaintiff Walter A. Ramirez's Motion to<br>Impound Motion Allowed Hornstein,J<br><br>Judge: Hornstine, Hon. Adam | 4 | Image |
| 03/10/2025 | Defendant Raymond Albanese's Motion to Enlarge | 5 | Image |
| 03/18/2025 | Opposition to Defendant's Motion for Enlargement of Time filed by Walter A. Ramirez | 6 | Image |
| 03/19/2025 | Attorney appearance<br>On this date Pro Se added for Defendant Raymond Albanese | | |
| 03/20/2025 | Endorsement on Motion to enlarge (#5.0): ALLOWED<br>(dated 3/19/25)<br>Notice sent 3/21/25 | | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |