UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER A. RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA *et al.*,<br><br>Defendants. | No. 1:25-cv-11348-ADB |

## NOTICE OF FILING STATE COURT RECORD

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1447(b) and Local Rule 81.1(a), the certified and attested copies of all records, proceedings, and docket entries received from the Suffolk County Superior Court are being filed with this Court and attached hereto.[1]

Dated: June 25, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov
*Counsel for the United States of America
and Raymond Albanese*

---

[1] The attached state court record is partially redacted in deference to a state court impoundment order. Defendants are moving separately for leave of this Court to file an unredacted version of the state court record under seal.

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served by means of the Court's Electronic Case Filing system on June 25, 2025.

                 _/s/ Julian N. Canzoneri_
                  Julian N. Canzoneri
                  Assistant U.S. Attorney